# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEMARCUS COLEY**                                                    **PLAINTIFF**

v.                    **Case No. 5:19-cv-00340 BSM**

**DELECUS ETHERLY**                                            **DEFENDANT**

## **ORDER**

Demarcus Coley has not complied with the April 24, 2020 order [Doc. No. 20] directing him to update his address, and the time to do so has expired. His mail continues to be returned as undeliverable. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2). An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 29th day of May, 2020.

                                                           *Brian S. Miller*
                                           UNITED STATES DISTRICT JUDGE