IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEMARCUS COLEY**                                                                              **PLAINTIFF**

**v.**                         **Case No. 5:19-cv-00340 BSM**

**DELECUS ETHERLY**                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE